

08 cv 565-BEN

```
        UNITED STATES
        DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA
           SAN DIEGO DIVISION

     # 150029       - MS

        April 22, 2008
           09:50:37


         Civ Fil Non-Pris
USAO #.: 08-CV-0565-BEN
Judge..: ROGER T BENITEZ
Amount.:                    $350.00 CK
Check#.: CAST111-089407



         Total-> $350.00


  FROM: RALPH MARTINEZ
        VS ARNOLD SCHWARZENEGGER
```