## PROOF OF SERVICE

**STATE OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this legal action; my business address is 838 Venezia Ave, Venice CA 90291.

On July 31, 2008 I served the foregoing document described as **MOTION FOR SUBSTITUTION OF ATTORNEY** by placing [X] a true copy [ ] an original thereof, enclosed in a sealed envelope addressed as follows:

Attorney General
State of California
Office of the Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101-5266

[X] **(By Mail)** I am familiar with the ordinary business practices for collection and processing of correspondence for mailing with the United States Postal Service at the aforementioned place of business, and that the above-entitled document was placed in a sealed envelope and deposited for collection and mailing following such ordinary business practices, and in such manner as to cause it to be deposited with the United States Postal Service that same day in the ordinary course of business, addressed as indicated above.

[ ] **(By Overnight Mail)** I am readily familiar with the ordinary business practices at my place of business for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by [ ] Federal Express [ ] Overnite Express for overnight delivery.

[ ] **(By Personal Service)** I [ ] caused to be [ ] delivered by hand such envelope to the offices of the addressee.

[ ] **(By Telecopier)** I [ ] caused to be [ ] transmitted such document to the offices of the addressee by telecopier. Attached to this Proof of Service is a true and correct copy of the fax cover sheet and fax transmission confirmation sheet for this transmission.

[ ] (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Date: July 31, 2008, Los Angeles, California.

Marwa Bernstein